# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELVIN SCHWARTZ, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SELECT INCOME REIT, DONNA D. FRAICHE, WILLIAM A. LAMKIN, JEFFREY P. SOMERS, ADAM D. PORTNOY, and DAVID M. BLACKMAN, <br><br> Defendants. | Civil Action No. 1:18-cv-10790-ER <br><br> ECF Case |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff in the above captioned action voluntarily dismisses this litigation with prejudice as to the named plaintiff only. Dismissal pursuant to Rule 41(a)(1)(A)(i) is proper because no class is certified. For the avoidance of doubt, this dismissal is without prejudice to any putative class members. No monetary compensation in any form has passed directly or indirectly to the named plaintiff or his attorneys, and no promise or agreement to give any such compensation has been made, in exchange for this dismissal.

Dated: December 7, 2018						Respectfully submitted,

							By: _____
							Joshua M. Lifshitz
							Email: jml@jlclasslaw.com
							**LIFSHITZ & MILLER LLP**
							821 Franklin Avenue, Suite 209
							Garden City, New York 11530
							Telephone: (516) 493-9780
							Facsimile: (516) 280-7376
							*Attorneys for Plaintiff*